ACCEPTED
03-14-00735-CV
7054838
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/23/2015 3:18:57 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00735-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/23/2015 1:00:00 PM
JEFFREY D. KYLE
Clerk

# IN THE COURT OF APPEALS
# FOR THE THIRD DISTRICT OF TEXAS
# AUSTIN, TEXAS

### ENTERGY TEXAS, INC.
**Appellants,**

**v.**

### PUBLIC UTILITY COMMISSION OF TEXAS
**Appellee.**

*Appeal from the 353rd Judicial District Court, Travis County, Texas*
*The Honorable John K. Dietz, Judge Presiding*

**TEXAS INDUSTRIAL ENERGY CONSUMERS' ORAL ARGUMENT EXHIBIT BOOK**

**SEPTEMBER 23, 2015**

Rex D. VanMiddlesworth
rex.vanmiddlesworth@tklaw.com
State Bar No. 20449400
Benjamin Hallmark
benjamin.hallmark@tklaw.com
State Bar No. 24069865
**THOMPSON & KNIGHT LLP**
98 San Jacinto Blvd., Suite 1900
Austin, TX 78701
Telephone: (512) 469-6100
Facsimile: (512) 469-6180
**ATTORNEYS FOR APPELLEE
TEXAS INDUSTRIAL ENERGY
CONSUMERS**

## INDEX

ETI's Projected Cost Increases are Based on Buying More Electricity .........................1

ETI's Capacity Cost Projections are Based on 14 Moving Parts....................................2

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of September, 2015, the foregoing document was filed with the Clerk of the Court, and that a true and correct copy was served on the following lead counsel for all parties listed below via e-mail:

*Counsel for Entergy Texas, Inc.*

Marnie A. McCormick
Patrick J. Pearsall
Duggins Wren Mann & Romero, LLP
600 Congress Ave., Ste. 1900
Austin, Texas 78701
512.744.9300
512.744.9399 (fax)
mmccormick@dwmrlaw.com
ppearsall@dwmrlaw.com

*Counsel for the Public Utility Commission of Texas*

Elizabeth R. B. Sterling
Megan M. Neal
Environmental Protection Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
512.463.2012
512.457.4616 (fax)
elizabeth.sterling@texasattorneygeneral.gov

*Counsel for Office of Public Utility Counsel*

Sara J. Ferris
Office of Public Utility Counsel
1701 N. Congress Ave., Ste. 9-180
P.O. Box 12397
Austin, Texas 78711-2397
512.936.7500
512.936.7520 (fax)
Sara.ferris@opuc.texas.gov

*Counsel for State Agencies*         Katherine H. Farrell
Assistant Attorney General
Administrative Law Division
Energy Rates Section
Office of the Attorney General
P.O. Box 12548, MC 018-12
Austin, Texas 78711-2548
512.475.4237
512.320.0167 (fax)
katherine.farrell@texasattorneygeneral.gov

*Counsel for Cities*         Daniel J. Lawton
The Lawton Law Firm, P.C.
12600 Hill Country Blvd.,
Ste. R-275
Austin, TX 78738
512.322.0019
855.298.7978 (fax)
dlawton@ecpi.com

*/s/ Benjamin Hallmark*

# EXHIBIT 1

## ETI's Projected Cost Increases Assume
## ETI Buys More Electricity

| Test Year vs. Rate Year Power Capacity Quantities (MW-Months) | | |
|---|---|---|
| **Purchase** | **Test Year** | **[Projected Future] Rate Year** |
| **Third Party Purchases** | 5,884 | 12,834 |
| **Affiliate Purchases (both Legacy and Other) Under MSS-4** | 21,670 | 21,711 |
| **Reserve Equalization Under MSS-1** | 8,309 | 5,262 |
| **Total** | 35,863 | 39,807 |

Source: AR Part I, Binder 5, Item 185 (Proposal for Decision at 99-100).

Note:  ETI's future period began 30 days prior to the actual rate year in this case.

# EXHIBIT 2

# ETI's Capacity Cost Projections are Based on 14 Moving Parts

## ETI's Projected June 2012 – May 2013 Capacity Costs

**Third-Party Contracts**

1. ConocoPhillips-SRW    ███████
2. Dow Pipeline    ███████
3. Frontier    ███████
4. ETEC    ███████
5. Calpine    ███████
6. SRMPA    ███████

**Total Third Party Capacity Contracts**    **69,061,200**

**Affiliate Contracts**

1. ███████    ███████
2. ███████    ███████
3. ███████    ███████
4. ███████    ███████
5. Perryville    ███████
6. Calcasieu    ███████
7. EAI WBL    ███████

**Total Affiliate Capacity Contracts**    **188,430,917**

**Reserve Equalization (MSS-1)**    **18,317,367**

**Total Capacity Charges**    **275,809,484**

Source: AR Part II, Binder 35, ETI Ex. 34A (Direct Testimony of Robert R. Cooper, Exhibit RRC-1 (CONFIDENTIAL 32)) (the confidential portions have been redacted); *see also* AR Part II, Binder 35, ETI Ex. 34 (Direct Testimony of Robert R. Cooper ) at 9, 21-22; AR Part I, Binder 5, Item 185 (Proposal for Decision) at 97-100; AR Part IV, Binder 43, Vol. D (Tr. at 661, 704-705, Apr. 26, 2012); AR Part IV, Binder 43, Vol. G (Tr. at 1046, Apr. 30, 2012).